# United States District Court
# Central District of California

| | |
|---|---|
| WINPLUS NORTH AMERICA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>OLD WORLD INDUSTRIES, LLC,<br><br>   Defendant. | Case No. 5:14-cv-01961-ODW(KKx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Fourth Stipulation to Extend Time to Respond to Complaint (ECF No. 23), in which the parties notified the Court that they "have agreed in principle to a settlement of this action and have exchanged a settlement agreement," the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, June 22, 2015**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

June 5, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**